# UNITED STATES DISTRICT COURT
## District of Minnesota

ATIF F. BHATTI; TYLER D. WHITNEY; and MICHAEL F. CARMODY,

        Plaintiff(s),

v.

THE FEDERAL HOUSING FINANCE AGENCY; MELVIN L. WATT, in his official capacity as Director of the Federal Housing Finance Agency; and THE DEPARTMENT OF THE TREASURY,

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:   17-CV-2185 (PJS/HB)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' motions to dismiss [ECF Nos. 29, 34] are GRANTED.

2. Counts I and II of plaintiffs' first amended complaint [ECF No. 27] are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

3. All of plaintiffs' other claims are DISMISSED WITH PREJUDICE.

4. Plaintiffs' motion for summary judgment [ECF No. 41] is DENIED.

Date: July 9, 2018

KATE M. FOGARTY, CLERK

s/Lynnette Brennan
(By) Lynnette Brennan, Deputy Clerk